1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN TENORE, an Individual,

                    Plaintiff,

        v.

DAVID J. LONG, an Individual; CRAIG
E. KINZER, an Individual, and KELLY E.
LONG, an Individual;

                    Defendants.

No. 2:23-cv-01960-RSL

STIPULATED MOTION FOR EXTENSION
OF TIME TO ANSWER COMPLAINT OR
OTHERWISE RESPOND AND ORDER

        IT IS HEREBY STIPULATED by and between Plaintiff John Tenore and Defendants

David J. Long and Kelly E. Long ("Defendants"), that Defendants shall have up to and including

March 27, 2024, to answer or otherwise respond to Plaintiff's Complaint.

        I certify that this motion/memorandum contains 39 words, in compliance with the Local

Civil Rules.

//

//

//

//

//

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT AND ORDER
(No. 2:23-cv-01960-RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 8th day of February, 2024.

s/ William C. Rava
William C. Rava, Bar No. 29948
Jacob P. Dini, Bar No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Email:  WRava@perkinscoie.com
          JDini@perkinscoie.com
*Attorney for Defendants DAVID J. LONG
AND KELLY E. LONG*

s/ Andrew Grimm
Andrew Grimm, Bar No. 51486
**Digital Justice Foundation**
Phone:  (531) 210-2381
Email: andrew@digitaljusticefoundation.org

*Attorney for Plaintiff*
*JOHN TENORE*

ORDER

Based on the above stipulation, IT IS SO ORDERED:

Defendants shall have up to and including March 27, 2024, to answer or otherwise

respond to Plaintiff's Complaint.

DATED this 9th day of February, 2024.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT AND ORDER
(No. 2:23-cv-01960-RSL) – 2

165413049

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000