UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN TENORE, an Individual,

    Plaintiff,

v.

DAVID J. LONG, an Individual; CRAIG E. KINZER, an Individual, and KELLY E. LONG, an Individual;

    Defendants.

No. 2:23-cv-01960-RSL

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND

    IT IS HEREBY STIPULATED by and between Plaintiff John Tenore and Defendants David J. Long and Kelly E. Long ("Defendants"), that Defendants shall have up to and including May 13, 2024, to answer or otherwise respond to Plaintiff's Complaint.

    I certify that this motion/memorandum contains 39 words, in compliance with the Local Civil Rules.

//
//
//
//
//

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
(No. 2:23-cv-01960-RSL) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   DATED this 21st day of March, 2024.

2   *s/ William C. Rava*  
William C. Rava, Bar No. 29948  
3   Jacob P. Dini, Bar No. 54115  
**Perkins Coie LLP**  
4   1201 Third Avenue, Suite 4900  
Seattle, WA  98101-3099  
5   Telephone:  206.359.8000  
Email:  WRava@perkinscoie.com  
6   JDini@perkinscoie.com  

*s/ Andrew Grimm*  
Andrew Grimm, Bar No. 51486  
**Digital Justice Foundation**  
Phone:  (531) 210-2381  
Email: andrew@digitaljusticefoundation.org  

*Attorney for Plaintiff*  
JOHN TENORE  

7   *Attorneys for Defendants DAVID J. LONG*  
8   *AND KELLY E. LONG*

9   **ORDER**

10   Based on the above stipulation, IT IS SO ORDERED:

11   Defendants shall have up to and including May 13, 2024, to answer or otherwise respond

12   to Plaintiff's Complaint.

13   Dated this 22nd day of March, 2024.

14

15   *[signature]*  
Robert S. Lasnik  
16   United States District Judge

17   PRESENTED BY:

18   *s/ William C. Rava*  
William C. Rava, Bar No. 29948  
19   Jacob P. Dini, Bar No. 54115  
**Perkins Coie LLP**  
20   1201 Third Avenue, Suite 4900  
Seattle, WA  98101-3099  
21   Telephone:  206.359.8000  
Facsimile:  206.359.9000  
22   Email:  WRava@perkinscoie.com  
23   JDini@perkinscoie.com  

24   *Attorney for Defendants DAVID J. LONG*  
25   *AND KELLY E. LONG*

26

STIPULATION AND ORDER TO EXTEND TIME TO  
RESPOND TO COMPLAINT  
(No. 2:23-cv-01960-RSL) – 2  

166006633

**Perkins Coie LLP**  
1201 Third Avenue, Suite 4900  
Seattle, WA  98101-3099  
Phone:  206.359.8000  
Fax:  206.359.9000

1
2   *s/ Andrew Grimm*
    Andrew Grimm, Bar No. 51486
3   **Digital Justice Foundation**
    Phone: (531) 210-2381
4   Email: andrew@digitaljusticefoundation.org
5
    *Attorney for Plaintiff*
6   JOHN TENORE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT
(No. 2:23-cv-01960-RSL) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000