UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN TENORE,

      Plaintiff,

  v.

DAVID J. LONG, et al.,

      Defendants.

Case No. C23-1960RSL

ORDER TO SHOW CAUSE

   On January 16, 2024, this Court issued an order requiring the parties to file a Joint Status Report by February 13, 2024, Dkt. #9.  On February 5, 2024, this court issued an Amended Order extending the deadline to April 22, 2024, Dkt. #11.  On April 8, 2024, a Second Amended Order was issued extending the deadline to June 21, 2024, Dkt. #21.  No such report has been filed and the parties have not sought or obtained a further extension of time in which to make the required submission.  The parties shall, no later than Friday, July 19, 2024, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of April 8, 2024, Dkt. #21.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 19, 2024.

ORDER TO SHOW CAUSE

DATED this 2nd day of July, 2024.

_MRS Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE — -2-