THE HONORABLE ROBERT STEPHEN LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN TENORE, <br><br>             Plaintiff, <br><br>     v. <br><br> DAVID J. LONG; CRAIG E. KINZER; and KELLY E. LONG, <br><br>             Defendants. | No. 2:23-cv-01960-RSL <br><br> STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED WITH PREJUDICE. Each party is to bear its own costs and fees.

Stipulated to on this 18th day of July, 2024.

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:23-cv-01960-RSL) – 1

168109054.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| *s/ Andrew Grimm* | *s/ William C. Rava* |
| Andrew Grimm (WSBA No. 51486) | William C. Rava (WSBA No. 29948) |
| **Digital Justice Foundation** | Jacob P. Dini (WSBA No. 54115) |
| 15287 Pepperwood Drive | **Perkins Coie LLP** |
| Omaha, Nebraska 68154 | 1201 Third Avenue, Suite 4900 |
| (531) 210-2381 | Seattle, WA 98101-3099 |
| Andrew@DigitalJusticeFoundation.org | Telephone: 206.359.8000 |
| | Email: WRava@perkinscoie.com |
| | JDini@perkinscoie.com |
| *Attorney for Plaintiff JOHN TENORE* | *Attorneys for Defendants DAVID J. LONG. KELLY E. LONG and CRAIG E. KINZER* |

**IT IS SO ORDERED.**

_____
Hon. Robert S. Lasnik
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL
(No. 2:23-cv-01960-RSL) – 2

168109054.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000